IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01191-ZLW

DYWAND DAYTRON JULIEN,

      Applicant,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO
    JOHN WESLEY SUTHERS,

      Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Weinshienk, Senior Judge

      Applicant has filed a Request for Certificate of Appealability which is being treated as a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this  25  day of         October        , 2006.

                              BY THE COURT:

                              _____
                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court